UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY WILLIAM FIELDER, JR.,

Plaintiff,

v.

CLARK COUNTY, et al.,

Defendants.

Case No. 3:26-cv-05553-LK

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, BUT RECOMMENDING SCREENING

Because plaintiff does not appear to have funds available to afford the $405 filing fee, plaintiff financially qualifies for *in forma pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff's IFP application (Dkt. 1) is GRANTED, as to the financial criteria.

But, based on the allegations in plaintiff's proposed complaint, it does not appear plaintiff has met the criteria for IFP required under 28 U.S.C. § 1915(e)(2)(B). Therefore, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B).

Plaintiff is advised the assigned United States District Judge will further review her proposed complaints under 28 U.S.C. § 1915(e)(2)(B). Pending review by the assigned District Judge, a summons may not be issued. If the summons is not issued, then further filings submitted by plaintiff will not be considered until after the assigned District Judge completes their review under 28 U.S.C. § 1915(e)(2)(B).The Court

advises plaintiff that leave to proceed in forma pauperis does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

Dated this 30th day of July, 2026.

Theresa L. Fricke
United States Magistrate Judge